FILED BY ___PG___ D.C.

JUN 11 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br><br>DANA ANN WILKEY,<br>*Defendant.* | Case No. 1:17-TP-20049-UU-1<br>*Before Judge Ursula Ungoro*<br><br>[CAND: 5:14-CR-0318-LHK]<br><br>**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (IN CHAMBERS – HEARING WAIVED)** |

### Notice of Inquiry

Come now Petitioner, Dana Ann Wilkey respectfully on June 4, 2021, asking the Clerk of the United States District Court Southern District of Florida to please request a ruling on my Motion for early termination of supervised release filed on February 2, 2021, with the Clerk of US District Court Southern District of Florida with the above heading.

Thank you,

*/s/ Dana Wilkey*

Dana Wilkey

8511 SW 29th St
Miami Fl 33155

7016 1970 0000 1110 1014

Clerk of the US District Court,
Southern District of Fl - Miami
400 North Miami Ave.
8th fl.
Miami, Fl 33128-7716

USMS INSPECTED    RECEIVED    JUN 11 2021 12:40 PM

7016 1970 0000 1110 1014

CERTIFIED MAIL